UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BELINDA BUCHMAN, an individual,
on behalf of herself and all others similarly
situated,

      Plaintiff,

v.                                                   Case No. 8:07-cv-1752-T-24 MSS

BRAY & LUNSFORD, P.A., ET AL.,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court on Defendant Bray & Lunsford P.A.'s ("B & L") Motion to Dismiss (Doc. No. 8) and Motion to Strike (Doc. No. 16). Plaintiff opposes these motions. (Doc. No. 17).

      Plaintiff filed her original complaint on September 26, 2007. In response, B & L filed the instant motion to dismiss. Thereafter, Plaintiff filed an amended complaint. (Doc. No. 15). By filing an amended complaint, B & L's motion to dismiss the original complaint became moot. As such, B & L's motion to dismiss is denied without prejudice.

      B & L has moved to strike the amended complaint, because it was filed without leave of Court. This argument has no merit, because Federal Rule of Civil Procedure 15(a) allows a plaintiff to amend her complaint once as a matter of course prior to the filing of a responsive pleading. A motion to dismiss is not a pleading, and as such, Plaintiff was allowed to file her amended complaint without first seeking leave of Court to do so. Accordingly, B & L's motion to strike is denied.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) B & L's Motion to Dismiss (Doc. No. 8) is **DENIED WITHOUT PREJUDICE**;

(2) B & L's Motion to Strike (Doc. No. 16) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of November, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record