# IN THE UNITED STATES DISTRICT COURT,
# FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| BELINDA BUCHMAN, an individual, on behalf of herself and all others similarly situated,<br><br>         Plaintiffs,<br><br> vs.<br><br>BRAY & LUNSFORD, P.A., a Florida corporation; *et al.*,<br><br>         Defendants. | CASE NO.:  8:07cv01752-SCB-MSS |

## NOTICE OF NO OBJECTIONS BY CLASS MEMBERS TO CLASS SETTLEMENT, ATTORNEY FEES & COSTS, OR CLASS REPRESENTATIVE'S AWARD

  PLEASE TAKE NOTICE that Class Counsel has not received any objections to the Parties' Class Action Settlement Agreement to date.

  In light of the foregoing, Plaintiff respectfully requests that the Court grant final approval to class certification and the Class Action Settlement Agreement, and award Class Counsel's proposed attorneys' fees and expenses and Class Representative's award.

DATED:  September 18, 2008

                Respectfully submitted,

                */s/ Robert E. Schroth Jr.*
                Robert E. Schroth, Jr. (CBN: 212936)
                SCHROTH & SCHROTH
                2044 First Avenue, Suite 200
                San Diego, CA 92101-2079
                Telephone: (619) 233-7521
                Facsimile:  (619) 233-4516
                E-Mail:  robschrothesq@sbcglobal.net
                *Attorneys for Plaintiff, Belinda Buchman, and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

This the 18th day of September, 2008.

*/s/ Robert E. Schroth Jr.*
Robert E. Schroth, Jr. (CBN: 212936)
SCHROTH & SCHROTH
2044 First Avenue, Suite 200
San Diego, CA 92101-2079
Telephone: (619) 233-7521
Facsimile: (619) 233-4516
E-Mail: robschrothesq@sbcglobal.net
*Attorneys for Plaintiff, Belinda Buchman, and all others similarly situated*

**Served On:**

Barbara A. Sinsley
Barron, Newburger, Sinsley & Wier, PLLC
2901 West Busch Blvd., Suite 703
Tampa, Florida 33618
Email: bsinsley@bnswlaw.com
*Attorneys for Defendant, Bray & Lunsford, P.A.*